UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cr-00181-JPH-MG |
| | ) | |
| CHARLES MILLER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Debra McVicker Lynch has entered a Report and Recommendation, dkt. 56, recommending that the Court modify Mr. Miller's supervised release.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein.  Dkt. [56].  The Court now **ORDERS** that Charles Miller's supervised release is therefore **MODIFIED**, dkt. [38], as set forth in the Report and Recommendation, dkt. [56].  The Court further **ORDERS** that Special Conditions of Supervision Nos. 5 and 7 are **REMOVED**.  *See* dkt. 37 at 4.

**SO ORDERED.**

Date: 7/8/2022

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

U.S. Probation Office